6

FILED
CLERK, U.S. DISTRICT COURT

DEC 23 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                               DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 08-138 AG |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING |
| vs. | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| JORGE ARAMIREZ-VASQUEZ | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California, for alleged violation(s) of the terms and conditions of his/her supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on SEE PSA REPORT.

_____

_____

1 _____

2 _____

3 and/or

4 B.   (X) The defendant has not met his/her burden of establishing by clear and

5 convincing evidence that he/she is not likely to pose a danger to the safety of any

6 other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This

7 finding is based on SEE PSA REPORT.

8

9       IT THEREFORE IS ORDERED that the defendant be detained pending further

10 revocation proceedings.

11

12

13 DATED: December 23, 2016      _____

14                                   FREDERICK F. MUMM
                                    UNITED STATES MAGISTRATE JUDGE